Rachel E. Kaufman, CA Bar No. 259353
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: Rachel@kaufmanpa.com

Attorneys for Plaintiff
Richard Lipp Jr.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LIPP JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C2 FINANCIAL CORPORATION, a California corporation,<br><br>Defendant. | Case No. 22-cv-00405-H-DEB<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Daniel E. Butcher |

Plaintiff Richard Lipp Jr. hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulated Motion for Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation for Dismissal.

///

DATED: December 1, 2022        KAUFMAN P.A.

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman
Attorneys for Plaintiff and the putative class

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/Rachel E. Kaufman
Rachel E. Kaufman